Ricardo Carmona
N a b - I AM
1181 Vista Loma Lane
Corona, CA 92882

Tel: (562) 405-1259

FILED
2017 SEP 18 AM 10: 16
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
RIVERSIDE
BY



UNITED STATE DISTRICT COURT

CENTRAL DISTRCT OF CALIFORNIA

RIVERSIDE

| | |
|---|---|
| Ricardo Carmona & N a b - I AM<br><br>Plaintiffs<br><br>v.<br><br>MIKE MUSTAFA, CLEAR RECON CORP., MORTGAGE ELECTRONIC REGISTRATION SYSTEMS (MERS), U.S. BANK NATIONAL ASOCIATION, AS TRUSTEE OF J.P. MORGAN LOAN TRUST 2006-A4, NATIONSTAR MORTGAGE, LLC, AMERICA'S WHOLESALE LENDER, EDWARD JAMIR, CHRISTINE RATZLAFF, TAMMY LAIRD, OFFICER RODRIQUEZ BADGE #-003282, OFFICER VIESHAUS BADGE # 11227 and DOES 1-25 Inclusive,<br><br>Defendants. | Case No. ED CV17-01900 CAS (KKx)<br><br>COMPLAINT FOR:<br><br>1. PETITION FOR A VERFICATION OF DEBT AND PROOF OF CLAIM ELSE RELEASE OF CLAIM.<br><br>2. VIOLATION OF FEDERAL FAIR DEBT COLLECTION PRACTICES ACT.<br><br>3. VIOLATION OF ROSENTHAL FAIR DEBT COLLECTION PRACTICES ACT.<br><br>4. VIOLATION OF FEDERAL RICO – ACT<br><br>5. ILLEGAL EVICTION<br><br>"JURRY TRIAL DEMANDED" |

## 1. INTRODUCTION

1. **Plaintiffs / Affiants, Ricardo Carmona and Nab – I AM ( hereinafter "Plaintiffs / Affiants) files this Petition against all the above named defendants ( hereinafter YOU / Defendants) for; 1. "VERIFICATION OF DEBT AND PROOF OF CLAIM ELSE**

pg. 1

RELEASE CLAIM".

"ALL EXHIBITS ARE PART OF THE COMPLAINT / PETITION."

2.Plaintiffs / Affiants, rely on **Haines v. Kerner, 404 U.S. 519 (1972)**. "Pro Se Litigants pleadings are to be construed liberally and held to less stringent standards than lawyers", which clearly stated that: all litigants defending themselves must be afforded the opportunity to present their evidence and that the court should look to the substance of the complaint rather than the form…Plaintiffs / Affiants, rely on **Puckett v. Cox** (456 F2d 233 (1972 Sixth Circuit USCA) "It was held that a Pro-Se complaint requires a less stringent reading that one drafted by a lawyer.

## JURISDICTION AND VENUE

3.The action in this petition arises under a federal question, namely the FDCPA, 15 U.S.C. Section 1692,,et seq and jurisdiction is therefore proper pursuant to 28 U.S.C. Section 1331.  Plaintiffs' state law claim for defendants' violations of the RFDCPA, Cal. Civ. Code Section 1788, et esq. arises under the same set of facts as Plaintiffs' federal question, and supplemental jurisdiction is therefore proper pursuant to 28 U.S.C. Section 1367(a).

4.This action in the Petition arises under federal question namely the Federal RICO ACT.

5..Last but not least, this court has jurisdiction over this case because this main events giving rise to this action, occurred within this district, and venue is therefore proper pursuant to 28 U.S.C. Section 1391(b)(2).  The property in question which gave rise to this petition  is situated in Riverside County with the address known as:

**1181 VISTA LOMA LANE, CORONA, CA 92882..**

Legally described as:
 LOT 40 OF TRACT NO. 22634, IN THE CITY OF CORONA,  COUNTY OF RIVERSIDE, AS PER MAP RECORDED IN BOOK 188, PAGE(S) 1 THROUGH 5, INCLUSIVE OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY.

APN: 2448-021-024

## 6. PARTIES AND THEIR RELATIONSHIPS

6. Plaintiffs / Affiants Ricardo Carmona and N a b – I AM at all times herein mentioned are natural men and woman, residing in the County of Riverside, State of California and are alleged "debtors" as defined by Cal. Civil Code Section 1788.2(h) and a "consumer" as defined by the FDCPA, 15 U.S.C Section 1692a(3).

7. Plaintiffs / Affiants are the Real Parties of Interest – the actual owners and equitable interest holders of the subject property in question." The Actual Creditors".

8. Defendant #1: MIKE MUSTAFA ; At all times herein mentioned, is a fictitious unknown entity doing business under the laws of the State of California, in the County of Riverside, State of California as an alleged real estate agent/ loan officer. Said defendant address is known to be: 1436 SAN CLEMENTE CT. CORONA , CA 92882.

9. Defendant #2: CLEAR RECON CORP. At all times herein mentioned, is an unknown fictitious entity doing business as a (Trustee Company- A DEBT COLLECTOR) under the laws of the State California in the State of California, County of Riverside. Said defendant was engaged by the use of the mail and telephone, in the business of collecting a debt from Plaintiffs which qualifies as a "consumer debt," as defined by Cal. Civ. Code Section 1788.2(f), and "debt" as defined by 15 U.S.C. Section 1962a(5). Defendant regular attempts to collect debts alleged to be due another, and therefore is a "debt collector" as defined by the RFDCPA, Cal. Civ. Code Section 1788.2(c). Said defendant address is known be; 4375 JUTLAND DRIVE, SUITE 200 SAN DIEGO, CALIFORNIA 92117.

pg. 3

10. Defendant #3: MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, (MERS) (MORTGAGE RECORD KEEPER") At all times herein mentioned, is an unknown fictitious entity doing business keeping mortgage records in the State of California, County of Riverside without authorization from the California Secretary of State. Said entity's license to operate in the State of California has been revoked and therefore had / has no jurisdiction to operate in the State. Therefore any assignment by said entity as to 1181 VISTA LOMA LANE, CORONA, CALIFORNIA 92882, is fraudulent, null and void. It is a violation of Federal RICO ACT. Said Defendant address is known to be: P.O. BOX 2026, FLINT, MICHIGAN 48501

11. Defendant #4: U.S.BANK NATIONAL ASSOCIATION, AS TRUSTEE OF J.P. MORGAN ALTERNATIVE LOAN TRUST 2006-A4 ( In Short; U.S.BANK,N.A.) (A DEBT COLLECTOR); At all times herein mentioned, is an unknown fictitious entity doing business in the State of California, County of Riverside Said entity is suppose to be the alleged bank to whom defendant MERS assigned Plaintiffs Security Instrument / Note, and allegedly holding the alleged "Note". If true, then said assignment is fraudulent because MERS previlages to do business in the State of California had been suspended. This is fraud and therefore is a violation of Federal RICO ACT. Said defendant address is known to be: C/o CLEAR RECON CORP. 4375 JUTLAND DRIVE, SUITE 200, SAN DIEGO, CALIFORNIA 92117

12. DEFENDANT #5: NATIONASTAR MORTGAGE, LLC; (A DEBT COLLECTOR) At all times herein mentioned, is an unknown fictitious entity doing business in the State of California, County of Riverside. Said defendant is a company engaged by use of the mail and telephone, in the business of collecting a debt from Plaintiffs which qualifies as a "Consumer

Debt", as defined by Cal. Civ Code Section 1788.2(f) and "debt" as defined by 15 U.S.C. Section 1692a(5). COLLECTION; regularly attempts to collect debts alleged to be due another and therefore is a "debt collector" as defined by the FRDCPA Cal. Civ. Code Section 1788.2(c) and FDCPA, 15 U.S.C. Section 1692a(6). Said entity suppose to be the trustee who illegally foreclosed on plaintiffs property on behalf of "U.S.BANK, N.A." Said defendant address is known to be; 8950 CYPRESS WATERS BLVD, COPPELL, TEXAS 75019 .

13. DEFENDANT # 7: AMERICA'S WHOLESALE LENDER; At all times herein mentioned, is an unknown fictitious entity doing business in the State of California, County of Riverside . Said entity is suppose to be the original lender who suppose to have lend money to the original trustor. Said defendant address is known to be: 4500 PARK GRANADA MSN # SVB 314, CALABASAS, CA 91302 -1613.

14. DEFENDANT # 8: EDWARD JAMIR ; At all times herein mentioned, is an employee of CLEAR RECON, CORP.. Said defendant signed the fraudulent Notice of Default as an authorized signatory for Trustee and conspired to forcing Plaintiffs property to be foreclosed on illegally. Said defendant address is known to be; C/o CLEAR RECON CORP. 4375 JUTLAND DRIVE, SUITE 200, SAN DIEGO, CA 92117.

15. DEFENDANT #9: CHRISTINE RATZLAFF; At all times herein mentioned, is an unknown fictitious entity/ employee of defendant CLEAR RECON, CORP. Said defendant signed the fraudulent Notice of Trustee Sale as a "Trustee sale Assistant" and conspired to forcing Plaintiffs property to be foreclosed on illegally. Said defendant address is known to be; C/o CLEAR RECON CORP. 4375 JUTLAND DRIVE, SUITE 200, SAN DIEGO 92117.

16. DEFENDANT # 10: TAMY LAIRD; At all times mentioned herein, is an unknown fictitious entity / employee of defendant CLEAR RECON CORP. Said defendant signed the fraudulent Trustee's Deed Upon Sale" and conspired to forcing Plaintiffs property to be foreclosed on illegally. Said defendant address known to be; C/o CLEAR RECON CORP. 4375 JUTLAND DRIVE, SUITE 200 SAN DIEGO, CA 92117.

17. DEFENDANT# 11: OFFICER RODRIQUEZ- BADGE # 003282; At all times herein mentioned, is a fictitious entity doing business working as a Police officer with Corona Police department in the County of Riverside, California state of the union. Said defendant was one of the code enforcement officer's who conspired with defendant MIKE MUSTAFA (alleged new owner) and threatened the current tenants at the subject property to sign a hand written agreement to vacate within 72 hours instead of advising the alleged new owner to take the proper procedures and go through the courts and do an eviction as this is a civil matter and not a criminal matter. Saud defendant address is known to be; 730 PUBLICSAFETY WAY, CORONA, CA 92880.

18. DEFENDANT # 12: OFFICER VIESHAUS-BADGE # 11227; At all times herein mentioned, is a fictitious entity doing business working as a Police officer with Corona Police department in the County of Riverside, California state of the union. Said defendant was one of the code enforcement officer's who conspired with defendant MIKE MUSTAFA ( alleged new owner) and threatened the current tenants at the subject property to sign a hand written agreement to vacate within 72 hours instead of advising the alleged new owner to take proper measures and go through the courts system and seek eviction as this is a civil matter and not a

criminal matter. Said defendant address is known to be; 730 PUBLIC SAFETY WAY, CORONA, CA 92880.

19. Plaintiffs are informed and believe that at all times relevant, each and every defendant(s) was acting s an agent and or employee of each of the other defendants and was acting within the scope and course of said agency and or employment with the full knowledge and consent of each of the other defendants. Plaintiffs are informed and believes that each of the acts and or omissions complained of herein was made known to, and ratified by, each of the other defendants.

20. Plaintiffs are ignorant of the true names and capacity of the defendants sued herein under the fictitious name DOES 1 through and 25, inclusive and Plaintiffs will amend the complaint to allege such names and capacities as soon as they are ascertained. Plaintiffs are informed and believe and thereon allege that each of said fictitious named defendants are responsible in some manner for the acts complained of herein.

### " NATURE OF ACTION"

21. This case arises out of PETITION FOR A VERIFICATION OF DEBT AND PROOF OF CLAIM OF RIGHT OF OWNERSHIP brought forthwith by Plaintiffs/Affiants against all the above named Defendants for violation of FEDERAL FAIR DEBT COLLECTION PRACTICES ACT AND VIOLATION OF ROSENTHAL FAIRDEBT COLLECTION PRACTICES ACT AND FEDERAL RICO ACT AND ILLEGAL EVICTION.

22. Plaintiffs / Affiants, Ricardo Carmona and Na b I AM have a ministry that provides housing for low- income families and the homeless through out Southern California..

23. On or around May of 2017, Plaintiffs / Affiants, Ricardo Carmona and Nab I AM acquired the subject property from the original trustor Mr. Jesse Sida by paying him a certain amount and taken over his existing loan "subject to" . (See attached exhibit "A"- Grant Deed and Limited Power of Attorney from Mr. Jesse Sida to Ricardo Carmona.)

24. Plaintiffs / Affiants Ricardo Carmona and N a b I AM did not record their interest immediately because according to the Mr. Sida, he has been approved for a short sale amount and that he is afraid if we recorded our deed, the short sale might be canceled.

25. Plaintiffs / Affiants started negotiating with the Trustee- Clear Recon and the servicer Nationstar Mortgage to bring the loan current.

26. On or around 7/26/2017, Plaintiffs / Affiants, Ricardo Carmona and N a b I AM were informed by Mr.. Sida that he thinks the property went to sale. But the Plaintiffs/ Affiant should not worry because a beneficiary who had interest in the property prior to us taken over, whom he –Mr. Sida is going to pay, is in bankruptcy. So he will help the Plaintiffs / Affiants Ricardo Carmona and N a b I AM to get it back. (See attached exhibit "B"- Bankruptcy).

27. On or around 8/1/2017, a trustee's deed upon sale was recorded by Clear Recon in favor of Nationstar Morttgage.

28. Even though all of this going on, yet on property radar, it shows that there is another sale date coming up on 9/27/2017. So basically, the left hand does not know what the right is doing.

29. On or around 9/16/2017 (Saturday), defendant MIKE MUSTAFA, goes to the

subject property with a notice to the occupants that he is the new owner and all the tenants must leave or he's going to bring the police.

32. Defendant MIKE MUSTAFA, called the police. When the officers got there, the occupants being under duress, afraid and not knowing their rights because they are Plaintiff Ricardo Carmona's guess from Columbia, signed a hand written note prepared by defendant MUSTAFA that the tenants agree to leave within 72 hours.

33. The two officers, defendant OFFICER RODRIQUEZ and OFFICER VIESHAUS were present administering this. Allowing defendant MUSTAFA to violate the occupants civil rights knowing very well that they are not from here, did not speak English language and should call who ever placed them there. ( WHATEVER HAPPENED TO; " POLICE OFFICERS SERVING AND PROTECTING") .

34. Defendants, OFFICER RODRIQUEZ and OFFICER VIESHAUS watched all of this go down, and never made sure that the occupants were served with a copy of the agreement contract that these poor couple had signed under duress and fear . This is abusive of power and negligence on behalf of the office. And it is intention infliction of emotional, mental, physical and psychological stress by defendants, MUSTAFA, OFFICER RODRIQUEZ and OFFICER VIESHAUS.

35. If indeed defendant MIKE MUSTAFA, had bought the property and is the new owner, he needs to go through the court system and seek eviction . He cannot bring the police to the house, and use the police and force "Cash for Key" back door eviction scheme.

## FIRST CAUSE OF ACTION:
## PETITION FOR VERIFICATION OF DEBT AND PROOF OF CLAIM

36. Plaintiffs /Affiants hereby repeats, reallege, and incorporate by reference all former Paragraphs as though fully restated herein.

37. .Plaintiffs /Affiants request verification of debt and proof of claim from all defendants in other to establish whether defendants have standing to foreclose on subject property.

38. .Plaintiffs/Affiants request the defendants to produce all information requested in the "DEMAND FOR BENEFICIARY STATEMENT" as well as the following as proof of claim with 21 days of this notice/summons under Habeas Corpus.

39. .Defendants are to produce; **THE ORIGINAL WET INK SIGNATURE PROMISSORY NOTE** signed by **DEFENDANT(S)** association to the loan pursuant of USC Title 18, Part 1, Chapter 101 Section 2071.

40. **DEFENDANTS ARE TO PRODUCE THE POOL AND SERVINCING AGREEMENT.**

41. Defendants are to produce proof that they are in fact the "Note- Holder -in- Due-Course and have standing as a party of interest in this **Promissory Note** as Plaintiffs have reason to believe that Defendants have sold the **Note** under "mortgage backed securities instrument " to investors under a pooling of interest.

42. Defendants to stipulate via affidavit that they are in fact a Creditor in this loan/security instrument. A Creditor needs to show true double entry accounting debits of the loss as a result of the issuance of the loan to Plaintiffs according to Generally Accepted Principals (GAAP).

43. If Defendants cannot produce proof of claim, then they have no standing in any future controversy.

**PRAYER:**

44. Plaintiffs/Affiants ask that if defendants are unable to produce proof of claim, Plaintiffs/Affiants pray the courts to order the defendants to release all claims against Plaintiffs/Affiantts and grant remedies due, to Plaintiffs/Affiants.

Reference : Assigned New Loan #:
Original Loan Number:          139120721
Deed of Trust Instrument #:    2006-0471160
Notice of Trustee Sale # :     013329-CA

### 45. COUNT TWO - VIOLATION OF FEDERAL FAIR DEBT COLLECTION PRACTICES ACT

Plaintiffs/Affiants hereby repeats, reallege and reincorporate by reference all the former Paragraphs as though fully restated herein.

46..Plaintiffs allege that Section 1788.17 of the RFDCPA mandates that every "debt Collector", collecting or attempting to collect a consumer debt shall comply with the provisions of section 1692b to 1692j, inclusive, of, and shall be subject to the remedies in Section 1692k of Title 15 of the United States Code Statutory Regulations contained within the FDCPA, 15 U.S.C. Section 1692d, and 1692d(5).

47...All the above named defendants conduct violated the RFDCPA and FDCPA in multiple ways, including but not limited to:
   (a) Engaging in conduct the consequences of which is to harass, oppress, inflict emotional stress, physical stress, mental stress and psychological stress, abuse and steal Plaintiffs property; (15U.S.C. Section 1692d)

   (b) Using false representation and deceptive practices in connection with collection of an alleged debt from Plaintiff ; (15 U.S.C. Section 1692e(10); and

   (c) Using unfair or unconscionable means against Plaintiff in connection with an attempt to collect a debt (15 U.S.C. Section 1692f) and steal Plaintiff property.

48...As a result of the above violations of the RFDCPA and FDCPA Plaintiffs suffered

pg. 11

and continue to suffer injury to Plaintiffs' feelings, emotional, mental physical and psychological stress and abuse every day knowing that defendants can offer them loan modification reasonable payment to keep their home but refuse. Rather conspiring with each other to steal their home and force them to homeless. To the extent that all the above named defendants' actions counted above, violate the RFDCPA, in that those actions were done knowingly and willfully.

### PRAYER FOR RELIEF

49. WHEREFORE, Plaintiffs respectfully prays that judgment be entered against all named defendants for the following:

  (A) Actual damages;
  (B) Statutory damages for willful and neglect violations;
  (c) Cost and reasonable attorney's fees and other expenses
  (D) Release all Liens / Claims on subject property and grant remedies due Plaintiffs.
  (E) and for such other further relief as may be just and proper.

### COUNT THREE
### VIOLATION OF ROSENTHAL FAIR DEBT COLLECTION PRACTICES ACT

50. Plaintiffs / Affiants, hereby repeats, reallege and reincorporate by reference all former paragraphs as though fully restated herein.

52. To the extent that all the above defendants' actions, counted above violated the FDCPA in that those actions were done knowingly and willfully.

### PRAYER FOR RELIEF

53.. WHEREFORE, Plaintiffs respectfully prays that judgment be entered against all named defendants for the following:

  (A) Actual damages;
  (B) Statutory damages for willful and neglect violations;
  (C) Cost and reasonable attorney's fees and other expenses;
  (D) Release all Liens / Claims against subject property and grant Remedies due, Plaintiffs;
  (E) and for such other further relief as may be just and proper.

## COUNT FOUR
## VIOLATION OF FEDEREAL RICO ACT

54. Plaintiffs / Affiants, hereby repeats, realleges and reincorporate by reference all former paragraphs as though fully set forth herein.

55. To the extent that all the above defendants actions, counted above violated the **FEDERAL RICO – ACT** in that those actions were well thought, pre meditated and done knowingly and willfully.

## PRAYER FOR RELIEF

56. WHEREFORE, Plaintiffs /Affiants respectfully prays that judgment be entered against all named defendants for the following:

  (A)  Actual damages;
  (b)  Statutory damages for willful and neglect violations;
  (C)  Cost and reasonable attorney's fees and other expenses;
  (D)  Release all Liens / Claims against subject property and grant Remedies due Plaintiffs
  (E)  And for such other further relief as may be just and proper.

## COUNT FIVE
## ILLEGAL EVICTION

57. Plaintiffs / Affiants, hereby repeats, reallegs and reincorporate by reference all former paragraphs as though fully set forth herein.

58. To the extent that, defendants MIKE MUSTAFA, OFFICER RODRIQUEZ and OFFICER VIESHAUS actions violated the occupants Civil Rights and Constitutional Rights of post foreclosure eviction rights.

## TRIAL BY JURY DEMANDED

57. Plaintiffs request a trial by jury for all claims thereby triable pursuant to their right under the Seventh Amendments to the United States Constitution.

Respectfully petitioned this 18th day of Seprmber, 2017.

_____
Ricardo Carmona Plaintiff/Affiant

_____
N a b - I AM – Plaintiff/Affiant

## VERIFICATION

Plaintiffs/Affiants the undersigned declare that :

   We have read the foregoing VERIFIED PETITION and know the contents thereof.

   We are the party to the above entitled action or proceeding, and certify that the matters stated therein are facts of Our own knowledge.

   We declare under penalty of perjury of/ by the laws of the California state of the union of the Laws of these United State of America, that the foregoing is true and correct and complete to the best or our knowledge, information and belief.

Executed on this __18TH__ day of __Sep_____ in the city of Corona, California State of the union.

_____
Ricardo Carmona-Plaintiff/Affiant

_____
N a b- I AM-Plaintiff/Affiant

pg. 14

# "RICARDO CARMONA PROOF OF INTEREST"

# "EXHIBIT"

# GRAND DEED!

**RECORDING REQUESTED BY:**

WHEN RECORDED MAIL THIS DEED AND, UNLESS
OTHERWISE SHOWN BELOW, MAIL TAX STATEMENT TO:

Name: Ricardo Carmona
Street Address: 9233 Nichols Street
City State & Zip: Bellflower CA 90706

Title Order No.: _____ Escrow No.: _____

SPACE ABOVE THIS LINE FOR RECORDER'S USE

## Grant Deed

The undersigned Grantor(s) declare(s)

DOCUMENTARY TRANSFER TAX IS $ Gift
☐ Computed on Full Value of the interest or property conveyed, or
☐ Computed on full value less value of liens or encumbrances remaining at time of sale,
☐ Unincorporated Area     City of _____
Parcel No.: 102-602-024

FOR A VALUABLE CONSIDERATION, receipt of which is hereby acknowledged,
Jesse Sida A Single Man

Hereby GRANT(s) to:
Ricardo Carmona A Single Man

The following described real property in the County of RIVERSIDE, State of California
PLEASE SEE EXHIBIT "A" ATTACHED

Dated: 5-30-17

STATE OF CALIFORNIA
COUNTY OF _____

On _____ before me, _____, A Notary Public, personally appeared _____

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/their/her authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____ See attached

*[signed]* Jesse Sida

(This area for official notarial seal)

MAIL TAX STATEMENTS TO PARTY SHOWN ON FOLLOWING LINE; IF NO PARTY SHOWN, MAIL AS DIRECTED ABOVE.

Name _____ Street Address _____ City & State _____

RECORDING REQUESTED BY:

AND WHEN RECORDED MAIL TO:

NAME Ricardo Carmona

STREET ADDRESS 9233 Nichols Street

CITY, STATE & ZIP CODE Bellflower Ca 90706

SPACE ABOVE THIS LINE FOR RECORDER'S USE

# LIMITED POWER OF ATTORNEY

KNOW ALL PERSONS BY THESE PRESENTS: That I, Josse Sida _____, the undersigned (jointly and severally if more than one, hereinafter collectively "principal"), hereby make, constitute and appoint Ricardo Carmona

principal's true and lawful attorney to act for principal and in principal's name, place and stead and for principal's use and benefit:

(a) To:

ONLY pertain to Property Located at 1181 Vista Lomas LN Corona CA 92882

Principal hereby grants to said attorney in fact full power and authority to do and perform each and every act and thing which may be necessary, or convenient, in connection with any of the foregoing, as fully, to all intents and purposes, as principal might or could do if personally present, hereby ratifying and confirming all that said attorney in fact shall lawfully do or cause to be done by authority hereof.

This Limited Power of Attorney is granted for a period of 6 months _____ and shall become effective on Upon Signing _____ and shall terminate on December 31, 2017 _____.

Wherever the context so requires, the singular number includes the plural.

WITNESS my hand this 5TH day of JUNE 2017

JESSE SIDA

STATE OF _____
COUNTY OF _____

On _____ before me, _____, a notary public, personally appeared _____ who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

See attached _____ (seal)
Signature