ROBERT J. GANDY (State Bar No. 225405)
rjg@severson.com
STEPHEN D. BRITT (State Bar No. 279793)
sxb@severson.com
SEVERSON & WERSON, A Professional Corporation
The Atrium
19100 Von Karman Avenue, Suite 700
Irvine, California 92612
Telephone: (949) 442-7110    Facsimile: (949) 442-7118

MARK JOSEPH KENNEY (State Bar No. 87345)
mjk@severson.com
SEVERSON & WERSON, A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, California 94111
Telephone: (415) 398-3344    Facsimile: (415) 956-0439

Attorneys for Defendant
COUNTRYWIDE HOME LOANS, INC., formerly
doing business as America's Wholesale Lender
(erroneously sued as America's Wholesale Lender)

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA — EASTERN DIVISION

| | |
|---|---|
| RICARDO CARMONA & N a b - I AM,<br><br>Plaintiffs,<br><br>vs.<br><br>MIKE MUSTAFA, CLEAR RECON CORP., MORTGAGE ELECTRONIC REGISTRATION SYSTEMS (MERS), U.S. BANK NATIONAL ASOCIATION, AS TRUSTEE OF J.P. MORGAN LOAN TRUST 2006-A4, NATIONSTAR MORTGAGE, LLC, AMERICA'S WHOLESALE LENDER, EDWARD JAMIR, CHRISTINE RATZLAFF, TAMMY LAIRD, OFFICER RODRIQUEZ BADGE #-003282, OFFICER VIESHAUS BADGE # 11227 and DOES 1-25 Inclusive,<br><br>Defendants. | Case No. 5:17-cv-01900 CAS (KKx)<br>Hon. John F. Walter<br>Courtroom 7A (First Street)<br><br>**NOTICE OF LODGING OF [PROPOSED] JUDGMENT IN FAVOR OF DEFENDANTS COUNTRYWIDE HOME LOANS, INC.**<br><br><br><br>Action Filed:  September 18, 2017<br>Trial Date:    None Set |

**TO THE HONORABLE JOHN F. WALTER, PLAINTIFFS, AND ALL PARTIES IN INTEREST:**

**PLEASE TAKE NOTICE** that Defendants COUNTRYWIDE HOME LOANS, INC., formerly doing business as America's Wholesale Lender (erroneously sued as America's Wholesale Lender) hereby lodge a [Proposed] Judgement in favor of Defendants, which is attached hereto as **Exhibit 1**.

DATED: November 20, 2017

SEVERSON & WERSON
A Professional Corporation

By: _____*/s/ Stephen D. Britt*_____
          Stephen D. Britt

Attorneys for Defendant
COUNTRYWIDE HOME LOANS, INC., formerly doing business as America's Wholesale Lender (erroneously sued as America's Wholesale Lender)