HALL HUGUENIN LLP
HOWARD D. HALL, State Bar No. 145024
  *hhall@hhlawyers.com*
ALI V. TEHRANI, State Bar No. 272388
  *atehrani@hhlawyers.com*
1851 East First Street, 10th Floor
Santa Ana, California 92705-4052
Telephone: (714) 918-7000
Facsimile: (714) 918-6996

Attorneys for Defendants
NATIONSTAR MORTGAGE LLC;
MORTGAGE ELECTRONIC
REGISTRATION SYSTEMS, INC.,
erroneously sued as Mortgage Electronic
Registration Systems (MERS); and U.S.
BANK NATIONAL ASSOCIATION, AS
TRUSTEE FOR J.P MORGAN
ALTERNATIVE LOAN TRUST 2006-A4,
MORTGAGE PASS-THROUGH
CERTIFICATES, erroneously sued as U.S.
Bank National Association, as Trustee of
J.P. Morgan Loan Trust 2006-A4

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| RICARDO CARMONA and NAB - I AM,<br><br>Plaintiffs,<br><br>vs.<br><br>MIKE MUSTAFA, CLEAR RECON CORP., MORTGAGE ELECTRONIC REGISTRATION SYSTEMS (MERS), U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE OF J.P. MORGAN LOAN TRUST 2006-A4, NATIONSTAR MORTGAGE, LLC, AMERICA'S WHOLESALE LENDER, EDWARD JAMIR, CHRISTINE RATZLAFF, TAMMY LAIRD, OFFICER RODRIQUEZ BADGE #-003282, OFFICER VIESHAUS BADGE #11227, and DOES 1-25, Inclusive,<br><br>Defendants. | CASE NO. 5:17-CV-01900 JFW(KKx)<br><br>JUDGE: Hon. John F. Walter<br>CTRM.: 7A<br><br>**JUDGMENT IN FAVOR OF DEFENDANTS NATIONSTAR MORTGAGE LLC, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. AND U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE**<br><br>ACTION FILED: September 18, 2017<br>TRIAL DATE: None Set |

Case No. 5:17-CV-01900 JFW(KKx)

JUDGMENT

C:\Users\sreilly\AppData\Local\Temp\notesC7A056\~5229511.docx

# JUDGMENT OF DISMISSAL

On October 10, 2017, Defendants Nationstar Mortgage LLC; Mortgage Electronic Registration Systems, Inc., erroneously sued as Mortgage Electronic Registration Systems (MERS); and U.S. Bank National Association, As Trustee For J.P Morgan Alternative Loan Trust 2006-A4, Mortgage Pass-Through Certificates, erroneously sued as U.S. Bank National Association, as Trustee of J.P. Morgan Loan Trust 2006-A4 (collectively, "Defendants") filed a Motion to Dismiss the Complaint of Plaintiffs Ricardo Carmona and NAB - I AM (collectively, "Plaintiffs").

On October 30, 2017, the Court granted Defendants' Motion to Dismiss Plaintiffs' Complaint. (Docket No. 25.)

**ACCORDINGLY, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:**

Judgment is hereby entered in favor of Defendants and against Plaintiffs, and the Court now dismisses the entire action with prejudice as to Defendants.

Dated: November 29, 2017

Hon. John F. Walter