ROBERT J. GANDY (State Bar No. 225405)
rjg@severson.com
STEPHEN D. BRITT (State Bar No. 279793)
sxb@severson.com
SEVERSON & WERSON, A Professional Corporation
The Atrium
19100 Von Karman Avenue, Suite 700
Irvine, California 92612
Telephone: (949) 442-7110   Facsimile: (949) 442-7118

MARK JOSEPH KENNEY (State Bar No. 87345)
mjk@severson.com
SEVERSON & WERSON, A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, California 94111
Telephone: (415) 398-3344   Facsimile: (415) 956-0439

Attorneys for Defendant
COUNTRYWIDE HOME LOANS, INC., formerly
doing business as America's Wholesale Lender
(erroneously sued as America's Wholesale Lender)

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA — EASTERN DIVISION

| | |
|---|---|
| RICARDO CARMONA & N a b - I AM,<br><br>Plaintiffs,<br><br>vs.<br><br>MIKE MUSTAFA, CLEAR RECON CORP., MORTGAGE ELECTRONIC REGISTRATION SYSTEMS (MERS), U.S. BANK NATIONAL ASOCIATION, AS TRUSTEE OF J.P. MORGAN LOAN TRUST 2006-A4, NATIONSTAR MORTGAGE, LLC, AMERICA'S WHOLESALE LENDER, EDWARD JAMIR, CHRISTINE RATZLAFF, TAMMY LAIRD, OFFICER RODRIQUEZ BADGE #-003282, OFFICER VIESHAUS BADGE # 11227 and DOES 1-25 Inclusive,<br><br>Defendants. | Case No. 5:17-cv-01900-CAS-KK<br>Hon. John F. Walter<br>Courtroom 7A (First Street)<br><br>[PROPOSED] JUDGMENT IN FAVOR OF DEFENDANTS COUNTRYWIDE HOME LOANS, INC.<br><br><br><br>Action Filed:  September 18, 2017<br>Trial Date:  None Set |

70000.3209/10983913.1

XXXXX
[Proposed] Judgment in Favor of Defendant Counrtywide Home Loans Inc.

Case No. 5:17-cv-01900-CAS-KK

| | |
|---|---|
| 1 | **[~~PROPOSED~~] JUDGMENT OF DISMISSAL** |
| 2 | On October 19, 2017, Defendants COUNTRYWIDE HOME LOANS, INC., |
| 3 | formerly doing business as America's Wholesale Lender (erroneously sued as |
| 4 | America's Wholesale Lender) ("Defendants") filed a Motion to Dismiss the |
| 5 | Complaint of Plaintiffs RICARDO CARMONA & N a b - I AM ("Plaintiffs"). |
| 6 | On November 14, 2017, the Court granted Defendants' Motion to Dismiss |
| 7 | Plaintiffs' Complaint. (Docket No. 30) |
| 8 | **ACCORDINGLY, IT IS HEREBY ORDERED, ADJUDGED, AND** |
| 9 | **DECREED:** |
| 10 | Judgment is hereby entered in favor of Defendants and against Plaintiffs, and |
| 11 | the Court now dismisses the entire action with prejudice as to Defendants. |
| 12 | |
| 13 | DATED: November 29, 2017 |

*[signature]*

HON. JOHN F. WALTER
United States District Court Judge

70000.3209/10983913.1     1     Case No. 5:17-cv-01900-CAS-KK

[~~Proposed~~] Judgment in Favor of Defendant Counrtywide Home Loans Inc.